**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

November 13, 2015

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Ms. Maribel Rosales Gomez
Christina Melton Crain Unit 1401
State School Road
Gatesville, TX 76599-2999

Hon. Johnathan T. Ball
Attorney at Law
6521 N. 10th Street, Ste. A
McAllen, TX 78504
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00071-CR
Tr.Ct.No. CR-1850-14-J
Style:    Maribel Rosales Gomez v. The State of Texas


Appellant's brief in the above cause was received and filed in this Court on Monday, September 21, 2015.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch